ORDERED.

Dated:  August 31, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**

**ALRENA JANET DALE,**

    **Debtor.**
_____/

**ALRENA JANET DALE,**

    **Plaintiff,**

v.

**UNITED STATES DEPARTMENT OF EDUCATION.**

    **Defendant.**
_____/

**Case No.: 6:19-bk-00939-LVV**
**Chapter 13**

**ADV. NO.: 6:23-ap-00001-LVV**

## AGREED FINAL JUDGMENT

This case came before the Court without a hearing on Plaintiff's Complaint (Doc. 1) seeking to determine the dischargeability of Defendants' claims pursuant to 11 U.S.C. §523 (a)(8). Defendant has conceded to the alleged hardship and does not contest the Court's discharge of

Debtor's debt at issue in this adversarial proceeding. By submission of this final judgment for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. Judgment is entered in favor of the Plaintiff, ALRENA JANET DALE on her Complaint.

2. The claims of Defendants are hereby declared dischargeable pursuant to 11 U.S.C. §523 (a)(8).

3. Defendant, UNITED STATES DEPARTMENT OF EDUCATION will discharge Plaintiff/Debtor ALRENA JANET DALE, for all claims in the main case.

###

Clerk to serve.